UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

SILVIA MARTINEZ, on behalf of herself and all others similarly situated,

                              Plaintiff,

Civil Action No: 1:23-cv-8704

  -v.-

CLOUDLAKE DERMATOLOGY, PLLC

                              Defendants.

-------------------------------------------------------------------

## **JOINT STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and the Defendant Cloudlake Dermatology, PLLC. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 25, 2024

| **For Plaintiff Silvia Martinez** | **For Defendant Cloudlake Dermatology, PLLC** |
|---|---|
| *s/PeterPaul Shaker*<br>PeterPaul Shaker<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>pshaker@steinsakslegal.com | *[signature]*<br>Karla Del Pozo García<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Ph: (212) 768-5328<br>karla.delpozogarcia@dentons.com |

## CERTIFICATE OF SERVICE

I certify that on March 25, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>
> */s/ PeterPaul Shaker*
> PeterPaul Shaker
> **Stein Saks, PLLC**
> *Attorneys for Plaintiff*